# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JESUS AGUSTIN

**E-FILING**

SUMMONS IN A CIVIL CASE

V.

NCO FINANCIAL SYSTEMS, INC. **ADR**

CASE NUMBER:

**C08 01379 JW**

**HRL**

TO:

NCO Financial Systems, Inc.
c/o CT Corporation System
818 West 7th Street
Los Angeles, CA 90017-3407

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA 95113-2418

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

MAR 1 1 2008
DATE

_(signature)_
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: ....................................................
..................................................................................................

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and .....
discretion then residing therein.
  Name of person with whom the summons and complaint were left

☐ Returned unexecuted:

☐ Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              Date                                              *Signature of Server*

                                                  _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.