1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   JESUS AGUSTIN
6

7

8              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                     SAN JOSE DIVISION

10 JESUS AGUSTIN,                          Case No.  C08-01379-JW-HRL

11                        Plaintiff,

12 v.                                      **STIPULATION OF DISMISSAL
                                           WITH PREJUDICE AND
13 NCO FINANCIAL SYSTEMS, INC., a          [PROPOSED] ORDER**
   Pennsylvania corporation,
14                                         Fed. R. Civ. P. 41(a)(1)

15                        Defendant.

16

17        Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, JESUS AGUSTIN, and Defendant, NCO

18 FINANCIAL SYSTEMS, INC., stipulate, and the Court hereby orders, as follows:

19              1.    The dispute between the parties has been settled, therefore, the claims asserted

20 by Plaintiff, JESUS AGUSTIN, against Defendant, NCO FINANCIAL SYSTEMS, INC., in the

21 above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P.

22 41(a)(1).

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1    Dated: __April 23, 2008__                    /s/ Fred W. Schwinn_____
                                                      Fred W. Schwinn, Esq.
2                                                     Attorney for Plaintiff
                                                      JESUS AGUSTIN
3

4    Dated: __April 23, 2008__                    /s/ Debbie P. Kirkpatrick_____
                                                      Debbie P. Kirkpatrick, Esq.
5                                                     Attorney for Defendant
                                                      NCO FINANCIAL SYSTEMS, INC.
6

7
     THE FOREGOING STIPULATION
8    IS APPROVED AND IS SO ORDERED.

9
     Dated: _____              _____
10                                                The Honorable James Ware
                                                  Judge of the District Court
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE                    Case No.  C08-01379-JW-HRL