1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   JESUS AGUSTIN

6

7

8              **IN THE UNITED STATES DISTRICT COURT**
               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                          **SAN JOSE DIVISION**

10 | JESUS AGUSTIN,                            | Case No.  C08-01379-JW-HRL
11 |                                           |
   |                 Plaintiff,                |
12 |                                           | **STIPULATION OF DISMISSAL**
   | v.                                        | **WITH PREJUDICE AND**
13 |                                           | **[PROPOSED] ORDER**
   | NCO FINANCIAL SYSTEMS, INC., a            |
14 | Pennsylvania corporation,                 | Fed. R. Civ. P. 41(a)(1)
   |                                           |
15 |                 Defendant.                |

16

17      Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, JESUS AGUSTIN, and Defendant, NCO

18 FINANCIAL SYSTEMS, INC., stipulate, and the Court hereby orders, as follows:

19      1.      The dispute between the parties has been settled, therefore, the claims asserted

20 by Plaintiff, JESUS AGUSTIN, against Defendant, NCO FINANCIAL SYSTEMS, INC., in the

21 above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P.

22 41(a)(1).

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

-2-

1 | Dated: April 23, 2008                    /s/ Fred W. Schwinn
2 |                                          Fred W. Schwinn, Esq.
                                             Attorney for Plaintiff
                                             JESUS AGUSTIN
3 |

4 | Dated: April 23, 2008                    /s/ Debbie P. Kirkpatrick
                                             Debbie P. Kirkpatrick, Esq.
5 |                                          Attorney for Defendant
                                             NCO FINANCIAL SYSTEMS, INC.
6 |

7 |
  | THE FOREGOING STIPULATION
8 | IS APPROVED AND IS SO ORDERED.
  |   The Court terminates all pending deadlines, hearings and motions.  The Clerk shall close this file.
9 | Dated: April 30, 2008                    [signature: James Ware]
10 |                                         The Honorable James Ware
                                             Judge of the District Court